Argued and submitted June 24, reversed and remanded for new trial September 2, 1987

STATE OF OREGON,
*Respondent,*

*v.*

CURTIS D. WHITE,
*Appellant.*

(M702047; CA A43086)

741 P2d 930

Garrett A. Richardson, Portland, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving while suspended. ORS 811.175. The case was tried to a jury; however, the court granted the state's motion for a directed verdict of guilty. Defendant claims that was error. The state concedes error, and we agree.

Reversed and remanded for new trial.